BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:13-cr-000098 AWI |
| | ) | |
| | ) | STIPULATION TO CALENDAR CASE FOR |
| Plaintiff, | ) | CHANGE OF PLEA HEARING |
| | ) | |
| | ) | Date:   May 13, 2013 |
| v. | ) | Time:   10:00 a.m. |
| | ) | Place:  Courtroom Two |
| | ) | Hon:    Anthony W. Ishii |
| CASS EUGENE MITCHELL, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties agree that this case should be placed on the court's calendar on May 13, 2013, for a change of plea.  The parties also anticipate that the defendant will admit a supervised release violation.  A plea agreement has been filed.


DATED:  April 29, 2013                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                          By: /s/ David L. Gappa
                                            DAVID L. GAPPA
                                          Assistant U.S. Attorney


                                          /s/ Peter M. Jones
                                          PETER M. JONES
                                          Attorney for Cass Mitchell

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:13-cr-000098 AWI |
| | ) | |
| Plaintiff, | ) | ORDER ON STIPULATION TO CALENDAR |
| | ) | CASE FOR CHANGE OF PLEA HEARING |
| v. | ) | |
| | ) | |
| CASS EUGENE MITCHELL, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

It is ordered that this case is scheduled for a change of plea hearing on May 13, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated:    April 29, 2013                    _____

                                           SENIOR  DISTRICT  JUDGE

2