UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CASS EUGENE MITCHELL,<br><br>Defendant. | Case No.: 1:13-CR-00098-1-JLT<br><br>**ORDER APPOINTING COUNSEL** |

The Defendant has satisfied this Court that he is financially unable to obtain counsel, and he requests the Court to appoint him counsel to represent him on his motion for compassionate release. In the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Erin J. Radekin be appointed to represent the above defendant in this case effective *nunc pro tunc* to February 9, 2024, substituting the Federal Defenders Office appointed per G.O. 595.

IT IS SO ORDERED.

Dated: **February 15, 2024**

_____
UNITED STATES DISTRICT JUDGE