**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2024 H Street, Suite 202B
Sacramento, CA 95811
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988

Attorney for Defendant
CASS EUGENE MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CASS EUGENE MITCHELL, <br><br> Defendant. | CASE NO. 1:13-CR-00098-JLT-BAM-1 <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE RE: DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE** |

The United States and defendant Cass Eugene Mitchell, by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order modifying the briefing schedule pertaining to Mr. Mitchell's pro se motion to reduce sentence or for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF No. 26.

The parties agree and stipulate as follows:

1. On January 26, 2024, Mr. Mitchell's motion for compassionate release was filed.  ECF No. 26.

2. On February 6, 2024, the Court issued an order that the Office of the Federal Defender file, within 60 days, a supplement to defendant's pro se motion or notify the Court and the Government that it does not intend to file a supplement.  ECF No. 27.  The supplement or notice of non-supplementation was thus due on April 6, 2024.

1

3. On February 15, 2024, the Court appointed undersigned counsel to represent Mr. Mitchell in connection with his pro se motion for compassionate release. ECF No. 28.

4. To date, Ms. Radekin has ordered and obtained all relevant records to allow her to investigate Mr. Mitchell's motion for compassionate release as well as a release plan.

5. The parties have conferred and agree to the following modification of the briefing schedule to enable Ms. Radekin to conduct further investigation into Mr. Mitchell's motion for compassionate release as well as a release plan for Mr. Mitchell and to prepare a supplemental brief or notice of non-supplementation: Ms. Radekin is to file the supplemental brief or notice of non-supplementation on or before **June 3, 2024**. The government will file its opposition or statement of non-opposition on or before **July 3, 2024**.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: May 1, 2024

PHILLIP A. TALBERT
United States Attorney

 /s/ David L. Gappa
DAVID L. GAPPA
Assistant United States Attorney

Dated: May 1, 2024

 /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
CASS EUGENE MITCHELL

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated:   **May 1, 2024**

UNITED STATES DISTRICT JUDGE

2