**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2024 H Street, Suite 202B
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
CASS EUGENE MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CASS EUGENE MITCHELL,<br><br>Defendant. | CASE NO. 1:13-CR-00098-JLT-BAM-1<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE RE: DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE** |

The United States and defendant Cass Eugene Mitchell, by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order modifying the briefing schedule pertaining to Mr. Mitchell's pro se motion to reduce sentence or for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF No. 26.

The parties agree and stipulate as follows:

1. On January 26, 2024, Mr. Mitchell's motion for compassionate release was filed. ECF No. 26.

2. On February 15, 2024, the Court appointed undersigned counsel to represent Mr. Mitchell in connection with his pro se motion for compassionate release. ECF No. 28.

3. On May 1, 2024, the Court granted the parties' request to modify the existing briefing schedule such that the supplemental brief or notice of non-supplementation was due on or before June 3,

1

2024 and the government's opposition or statement of non-opposition was due on or before July 3, 2024. ECF No. 32.

4. To date, Ms. Radekin has obtained all relevant records; however, investigation into the release plan and documentation supporting the release plan is not complete. An investigator has been assigned to complete this process.

5. The parties have conferred and agree to the following modification of the briefing schedule to enable Ms. Radekin to conduct further investigation into Mr. Mitchell's motion for compassionate release as well as a release plan for Mr. Mitchell and to prepare a supplemental brief or notice of non-supplementation: Ms. Radekin is to file the supplemental brief or notice of non-supplementation on or before **July 3, 2024**. The government will file its opposition or statement of non-opposition on or before **July 31, 2024**.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 3, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
|  | /s/ David L. Gappa<br>DAVID L. GAPPA<br>Assistant United States Attorney |
| Dated: June 3, 2024 | /s/ Erin J. Radekin<br>ERIN J. RADEKIN<br>Attorney for Defendant<br>CASS EUGENE MITCHELL |

**ORDER**

IT IS SO ORDERED.

Dated: __**June 3, 2024**__

UNITED STATES DISTRICT JUDGE

2