**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2024 H Street, Suite 202B
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
CASS EUGENE MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CASS EUGENE MITCHELL, <br><br> Defendant. | CASE NO. 1:13-CR-00098-JLT-BAM-1 <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE RE: DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE** |

The United States and defendant Cass Eugene Mitchell, by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order modifying the briefing schedule pertaining to Mr. Mitchell's pro se motion to reduce sentence or for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF No. 26.

The parties agree and stipulate as follows:

1. On January 26, 2024, Mr. Mitchell's motion for compassionate release was filed. ECF No. 26.

2. On February 15, 2024, the Court appointed undersigned counsel to represent Mr. Mitchell in connection with his pro se motion for compassionate release. ECF No. 28.

3. On June 3, 2024, the Court granted the parties' request to modify the existing briefing schedule such that the supplemental brief or notice of non-supplementation was due on or before July 3,

1

2024 and the government's opposition or statement of non-opposition was due on or before July 31, 2024.  ECF No. 34.

4. After additional investigation, Ms. Radekin determined that medical records of family members are necessary to support Mr. Mitchell's motion for compassionate release.  She does not yet have all records but is in the process of obtaining them.  Because obtaining medical records can take considerable time and because Ms. Radekin will be out of the country from July 29 through August 12, 2024 on a long-planned trip, she requests an additional 60 days.

5. The parties have conferred and agree to the following modification of the briefing schedule to enable Ms. Radekin to conduct further investigation into Mr. Mitchell's motion for compassionate release as well as a release plan for Mr. Mitchell and to prepare a supplemental brief or notice of non-supplementation: Ms. Radekin is to file the supplemental brief or notice of non-supplementation on or before **September 1, 2024**.  The government will file its opposition or statement of non-opposition on or before **October 1, 2024**.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 3, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
|  | /s/ David L. Gappa<br>DAVID L. GAPPA<br>Assistant United States Attorney |
| Dated: July 3, 2024 | /s/ Erin J. Radekin<br>ERIN J. RADEKIN<br>Attorney for Defendant<br>CASS EUGENE MITCHELL |

/ /

**[PROPOSED] ORDER**

The above stipulation is **APPROVED**.

Counsel for Defendant shall file the supplemental brief or notice of non-supplementation on or before **September 1, 2024**. The government shall file its opposition or statement of non-opposition on or before **October 1, 2024**.

IT IS SO ORDERED.

Dated: __**July 8, 2024**__

UNITED STATES DISTRICT JUDGE

3