PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00098-JLT-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION; [~~PROPOSED~~] ORDER |
| v. | |
| JORDAN HUFF, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On January 24, 2024, the Defendant filed a *pro se* motion for reduction in sentence. Docket No. 26. On August 30, 2024, counsel for the Defendant filed a notice of non-supplementation. Docket No. 37. The Government's response is due October 1, 2024. Docket No. 36.

2. Counsel for the Government requests additional time to obtain documents from the Bureau of Prisons pertaining to Mitchell. The Defendant does not oppose the Government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the Defendant's motion for sentence reduction as follows:

    a) The Government's response to the Defendant's motion for sentence reduction is to be filed on or before October 31, 2024;

STIPULATION RE BRIEFING SCHEDULE    1

b) The Defendant's reply to the Government's response, if any, to be filed on or before November 15, 2024.

IT IS SO STIPULATED.

Dated:  October 1, 2024                                              PHILLIP A. TALBERT
                                                     United States Attorney

/s/ *DAVID L. GAPPA*
DAVID L. GAPPA
Assistant United States Attorney

Dated: October 1, 2024                                               */s/ Erin J. Radekin*
ERIN J. RADEKIN
Attorney for Defendant
Cass Eugene Mitchell

### [~~PROPOSED~~] ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion for compassionate release:

a) The Government's response to the Defendant's motion, (Docket No. 26), is now due on or before October 31, 2024;

b) The Defendant's reply to the Government's response, if any, is due on or before November 15, 2024.

IT IS SO ORDERED.

Dated:   **October 1, 2024**                                        _____
UNITED STATES DISTRICT JUDGE