HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:13-CR-00098-JLT-EPG |
| *Plaintiff,* | ) ) ) | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | ) ) | |
| CASS EUGENE MITCHELL, | ) ) | |
| *Defendant,* | ) ) | |
| | ) ) | |

Defendant, Cass Eugene Mitchell, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking modification of his supervised release.

Mr. Mitchell is currently serving a 300-month term of supervised release that began on May 29, 2026. Mr. Mitchell submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time.

After reviewing his Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED: June 29, 2026                    _____/s/ Peggy Sasso_____
                                        PEGGY SASSO
                                        First Assistant Federal Defender

# O R D E R

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **June 30, 2026**    _____

STANLEY A. BOONE
United States Magistrate Judge

-2-