Galatea DeLapp, CA Bar #181581
Attorney at Law
1541 East Fairmont Ave., Suite 104
Fresno, CA 93704
(559) 803-0471

Attorney for Defendant
Eugene Cass Mitchell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CASS EUGENE MITCHELL,<br>Defendant. | CASE NO: Case No. 1:13-cr-00098-JLT<br><br>STIPULATION AND ORDER TO VACATE CONTESTED HEARING & MOVE MATTER TO ASSIGNED MAGISTRATE JUDGE TO TRAIL CASE NO. 1:26-CR-00225-JLT-SAB |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, DAVID GAPPA, Assistant United States Attorney, counsel for Plaintiff, and GALATEA DeLAPP, counsel for Defendant CASS EUGENE MITCHELL, that the contested Violation of Supervised Release (VSR) hearing currently scheduled for November 16, 2026, before District Judge Jennifer L. Thurston, be vacated.

The parties further stipulate and request that this matter be referred to and moved to the assigned Magistrate Judge Stanley Boone, to trail the defendant's new Case No. 1:26-cr-00225-JLT-SAB.

This request is made with the defendant's knowing, intelligent consent and understanding. At the time the contested hearing was set, the parties anticipated a new indictment and agreed on the record that should it arrive prior to the hearing, the preference would be to trail the supervised release matter until the new criminal case is resolved. The new indictment has since been filed as Case No. 1:26-cr-00225-JLT-SAB, and the defendant's arraignment is set for November 10, 2026.

Additionally, the defendant is currently medically stable following a delicate titration of his mental health medications. Conducting all-day transport for the scheduled November 16th hearing risks disrupting his current stabilization, which the defense seeks to avoid.

Therefore, the parties respectfully request the Court to vacate November 16, 2026, hearing and order the case transferred to Magistrate Judge Stanley Boone to trail Case No. 1:26-cr-00225-JLT-SAB.

Respectfully submitted,

Dated: November 9, 2026 _

/s/ GALATEA DELAPP
GALATEA DELAPP
Attorney for Defendant
Eugene Cass Mitchell

/s/ DAVID GAPPA
DAVID GAPPA
Assistant United States Attorney
Counsel for Plaintiff United States

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing therefrom, IT IS HEREBY ORDERED that the contested Violation of Supervised Release hearing scheduled for November 16, 2026, before District Judge Jennifer L. Thurston is VACATED and removed from the Court's calendar.

IT IS FURTHER ORDERED that this matter, Case No. 1:13-cr-00098-JLT, is referred to and transferred to the assigned Magistrate Judge, Judge Stanley Boone, to trail Case No. 1:26-cr-00225-JLT-SAB.

IT IS SO ORDERED.

Dated: _November 9, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE